UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| KELVIN MOSES | : | DOCKET NO. 17-cv-1595 SECTION P |
| D.O.C. # 600626 | | |
| | | UNASSIGNED DUTY JUDGE |
| VERSUS | : | |
| | | MAGISTRATE JUDGE KAY |
| GEO, ET AL. | : | |

## JUDGMENT

After an independent determination of the issues and review of the record, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED** that all claims against defendants GEO, Allen Correctional Center, David J. Donahue, William Coleman, Anthony Allemande, Mark Estes, and Sergeant Tucker be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim on which relief may be granted. It is further **ORDERED** that all claims against defendants Keith Cooley and Terry Langley, except those based on retaliation and violations of the Eighth Amendment, be **DISMISSED WITH PREJUDICE** under § 1915(e)(2)(B)(ii).

**THUS DONE AND SIGNED** in Chambers this __5th__ day of __July__, 2018.

_____
JUDGE ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE